

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Presley Lopez,

Vs. No. 11-16-00192-CR

The State of Texas,

\* From the 358th District Court
of Ector County,
Trial Court No. D-45,749.

\* December 8, 2016

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.